Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ******2285/ Our File No. 09-08-6170

ECF FILED ON 9/14/2009

Attorney for Secured Creditor
Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corporation

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

FERGUS G. WALLIS,
MINDY O. WALLIS

    Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 09-23363-BAM

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:  FERGUS G. WALLIS and       DEBTORS
     MINDY O. WALLIS
TO:  George Haines, Esq.         ATTORNEY FOR THE DEBTOR(S)
TO:  Rick A. Yarnall             CHAPTER 13 TRUSTEE
TO:  ALL INTERESTED PARTIES
TO:  THE CLERK OF THE ABOVE ENTITLED COURT

**NOTICE IS HEREBY GIVEN that Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corporation**, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: September 14, 2009

    /s/ Michael W. Chen
    Michael W. Chen, Esquire
    Attorney for Secured Creditor
    Chase Home Finance, LLC s/b/m to Chase Manhattan
    Mortgage Corporation

# CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on September 14, 2009, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
George Haines, Esq.  
ghaines@hainesandkrieger.com

TRUSTEE  
Rick A. Yarnall  
Ray13mail@lasvegas13.com

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Yvette Deriada_  
An employee of THE COOPER CASTLE LAW FIRM